UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| **JASON CRAFT** | **CASE NO. 2:20-CV-00853** |
| **VERSUS** | **JUDGE JAMES D. CAIN, JR.** |
| **PARISH OF JEFF DAVIS ET AL** | **MAGISTRATE JUDGE LEBLANC** |

## JUDGMENT

For the reasons stated in the accompanying Memorandum Ruling, the court hereby **ORDERS, ADJUDGES,** and **DECREES** that the Motion for Summary Judgment [doc. 41] be **GRANTED** and that all claims against Jefferson Davis Parish be **DISMISSED WITH PREJUDICE**.

**THUS DONE AND SIGNED** in Chambers on the 16th day of February, 2024.

_____
**JAMES D. CAIN, JR.**
**UNITED STATES DISTRICT JUDGE**