# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAKE CHARLES DIVISION

| | |
|---|---|
| **JASON CRAFT** | **CASE NO.  2:20-CV-00853** |
| **VERSUS** | **JUDGE JAMES D. CAIN, JR.** |
| **PARISH OF JEFF DAVIS ET AL** | **MAGISTRATE JUDGE LEBLANC** |

## JUDGMENT

Before the court is a Motion for Entry of Judgment under Rule 54(b) [doc. 70] filed by defendant Jeff Davis Parish. Upon review, the court finds no justification for delaying entry of a final judgment against this party as the preceding summary judgment has shown that it was not the proper defendant to this suit and the proper defendants are still proceeding toward trial. Accordingly, **IT IS ORDERED, ADJUDGED,** and **DECREED** that the motion be **GRANTED** and that the court's previous judgment [doc. 67] be certified as **FINAL** under Federal Rule of Civil Procedure 54(b).

**THUS DONE AND SIGNED** in Chambers on the 1st day of April, 2024.

_____
**JAMES D. CAIN, JR.**
**UNITED STATES DISTRICT JUDGE**