**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAKE CHARLES DIVISION**

JASON CRAFT                                    CIVIL ACTION NO. 20-0853

VERSUS                                          JUDGE ALEXANDER C. VAN HOOK

PARISH OF JEFF DAVIS, ET AL.          MAGISTRATE JUDGE LEBLANC

## MEMORANDUM ORDER

Pending before the Court is a Motion for Summary Judgment filed by the plaintiff, Jason Craft ("Craft"). *See* Record Document 100. For the following reasons, Craft's Motion is **DENIED WITHOUT PREJUDICE**.

Craft filed his Motion for Summary Judgment on August 8, 2024, three days after filing a Motion to Compel. *See* Record Documents 98 and 100. Clearly, Craft did not have all the discovery he had solicited, and his Motion reflects that.

Craft's Motion is rife with speculation, unsupported legal conclusions and pure conjecture, often relying on allegedly unanswered requests for admissions that were, in fact, answered. Although Craft's motion was filed four years after he filed his original Complaint, the docket of this case reflects that Craft endured repeated issues with discovery, especially delays in delivery. It was not until March of 2025 that the Magistrate Judge confirmed that such delivery delays were resolved by December 2024, months after Craft filed his Motion for Summary Judgment. *See* Record Document 135. Even now, Craft continues to complain about the defendants' responsiveness to his discovery requests, and the Court is also concerned with the

defendants' responsiveness.[1] Regardless, Craft's Motion, in its current state, lacks support sufficient to show the absence of a genuine issue of material fact as to any of his claims. Accordingly;

IT IS ORDERED that Plaintiff's Motion for Summary Judgment, Record Document 100, is **DENIED WITHOUT PREJUDICE.**

**DONE AND SIGNED** at Shreveport, Louisiana, this 10th day of July, 2026.

_____
ALEXANDER C. VAN HOOK
UNITED STATES DISTRICT JUDGE

---

[1] Those complaints will be addressed in a separate order which will encompass numerous outstanding issues and concerns.