**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAKE CHARLES DIVISION**

JASON CRAFT                                    CIVIL ACTION NO. 20-0853

VERSUS                                         JUDGE ALEXANDER C. VAN HOOK

PARISH OF JEFF DAVIS, ET AL.        MAGISTRATE JUDGE LEBLANC

## ORDER

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, Record Document 173, and after a *de novo* review of the record, including written objections filed by Plaintiff, and determining that the findings are correct under the applicable law;

**IT IS ORDERED** that the Plaintiff's Motion for Leave to Amend, Supplement and Consolidate to Join Persons Needed for Just Adjudication of Complaint for Damages, Record Document 157, is **DENIED WITHOUT PREJUDICE**

**DONE AND SIGNED** at Shreveport, Louisiana, this 10th day of July, 2026.

ALEXANDER C. VAN HOOK
UNITED STATES DISTRICT JUDGE