RECEIVED

JUL 2 9 2026

Legal Programs Department

SCANNED at LSP and Emailed
7/29/26 by _JM_ . _8_ pages
date        initials   No.

IN THE
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

RECEIVED
Prisoner E-filing

07/29/26

Daniel J. McCoy, Clerk
Western District of Louisiana
Shreveport, Louisiana
BY___KAW___

| | | |
|---|---|---|
| JASON CRAFT/#767231 | : | CIVIL ACTION NO.: 2:20-CV-085 |
| *Plaintiff* | : | |
| VERSUS | : | MAGISTRATE JUDGE LEBLANC |
| | : | |
| PARISH OF JEFF DAVIS, ET AL. | : | JUDGE ALEXANDER C. VAN HOOK |
| *Defendant* | : | |
| | : | |
| FILED:_____ | : | |

## NOTICE OF INTENT TO APPEAL

NOW INTO COURT COMES Plaintiff, Jason Craft/#767231, who respectfully submits the following:

Mr Craft hereby gives this Honorable Court notice of appeal to the United States Fifth Circuit Court of Appeals from the July 10, 2026 final judgments reflected in R.D. 195 [denying R.D. 181], and the July 16, 2026 Memorandum Ruling/Order reflected in R.D.'s 197 and 198 [GRANTING IN PART and DENYING IN PART, R.D. 60] DISMISSING WITH PREJUDICE (1) all federal causes of action, including official and individual capacity claims against the defendant, Warden Dustin Locke; and (2) all federal causes of action against the defendant Sheriff Ivy Woods, in his individual capacity. Mr. Craft is NOT appealing the dismissal of the official capacity claims against Jason Cartwright and John Kurtz.

This notice is filed pursuant to Federal Rules of Appellate Procedure, Rule 4(a) which requires that a notice of intent to appeal be filed with the Court within thirty days from the date of entry of the judgment appealed from. To facilitate accurate reference to record documents on appeal, an up-to-date Docket Master is requested because the one he is using now only goes to R.D. 153.

Respectfully submitted this 28 day of July, 2026.

_Jason Craft_
Jason Craft/#767231

## CERTIFICATE OF SERVICE

I, Jason Craft/#767231, the aforementioned Plaintiff, do hereby certify that a copy of the foregoing

has this date been sent, via U.S. Mail, postage prepaid and properly addressed to:

Blake J. Arcuri,
Rodrigue & Arcuri, L.L.P
1615 Poydras St., Ste 1250
New Orleans, LA 70112


Done and signed this 28 day of July, 2026.

Jason Craft/#767231
M.P. – Cypress-4
LA State Prison
Angola, LA 70712