**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAKE CHARLES DIVISION**

| | |
|---|---|
| JASON CRAFT | CIVIL ACTION NO. 20-0853 |
| VERSUS | JUDGE ALEXANDER C. VAN HOOK |
| PARISH OF JEFF DAVIS, ET AL. | MAGISTRATE JUDGE LEBLANC |

# ORDER

The pro se plaintiff, Jason Craft ("Craft"), filed a motion to stay this litigation until his attempt at an interlocutory appeal has concluded. Record Document 223. Craft filed a notice of appeal for two rulings. Record Document 202. Craft has appealed an order that in-effect denied an objection to the Magistrate Judge's report and recommendation denying Craft's request for sanctions. *See* Record Document 195. He also appealed an order that partially granted a motion for partial summary judgment, dismissing his official capacity claims against certain defendants and his individual capacity claims against other defendants. *See* Record Document 197.

Craft is not entitled to a stay. This court retains jurisdiction over "matters not involved in the appeal." *See Taylor v. Sterrett*, 640 F.2d 663, 667-68 (5th Cir. 1981) ("It is the general rule that a district court is divested of jurisdiction upon the filing of the notice of appeal with respect to any matters involved in the appeal. However, where an appeal is allowed from an interlocutory order, the district court may still proceed with matters not involved in the appeal."). Craft still has numerous claims pending against multiple defendants, and none of them are involved in his pending

appeal. *See* Record Document 199 at 3 ("Craft's remaining federal claims in this case are against Sheriff Woods in his official capacity, and against Cartwright and Kurtz in their individual capacities.").

Jurisdiction aside, Craft has not shown that he is entitled to a discretionary stay. *Arnold v. Garlock, Inc.*, 278 F.3d 426, 438 (5th Cir. 2001) ("When presented with a motion for a discretionary stay pending appeal, we employ a four-part test."). The undersigned need not address the merits of Craft's appeal because he has not shown an irreparable injury other than harm that always accompanies a partial judgment. *See, e.g.*, Record Document 223 at 6 ("Mr. Craft is now expected to simultaneously litigate both appeals and limited remaining claims."). In addition, a stay would cause harm to the defendants and the public. This civil action has been pending for more than six years, and a further continuance in a case already plagued with them, would deprive those defendants and the public of a resolution in this serious civil rights action.

Considering the foregoing,

**IT IS ORDERED** that the Motion to Stay District Court Proceedings Pending Appeal, Record Document 223, is **DENIED**.

**DONE AND SIGNED** at Shreveport, Louisiana, this 9th day of September, 2026.

Alex C. Van Hook

ALEXANDER C. VAN HOOK
UNITED STATES DISTRICT JUDGE