**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAKE CHARLES DIVISION**

| | |
|---|---|
| JASON CRAFT | CIVIL ACTION NO. 20-0853 |
| VERSUS | JUDGE ALEXANDER C. VAN HOOK |
| PARISH OF JEFF DAVIS, ET AL. | MAGISTRATE JUDGE LEBLANC |

**MEMORANDUM RULING**

Before the Court is a motion for an extension of time filed by the plaintiff, Jason Craft ("Craft"), who is a pro se prisoner. Record Document 260. For the following reasons, the motion for extension is **GRANTED**, and the deadline for Craft to reply to the defendants' response to his motion to compel is **November 17, 2026**. The Court admonishes Craft, however, that his reply should not contain frivolous arguments because it appears, based on his acknowledgment and evidence filed by the defendants, that he received the demanded discovery production.

Craft filed a motion to compel, alleging that the defendants had not produced a discovery response. Record Document 245. He has made similar claims throughout this year's long litigation. *See, e.g.*, Record Document 252 at 2-3. In response, the defendants provided extraordinary evidence that they complied with Craft's discovery demands. Record Document 250. The defendants went so far as to provide a photograph of Craft's discovery production being placed into the mail. Record Document 250-2. Now, in the present motion for extension, Craft admits that he received "digital media" but claims that he does not know who sent that device.

Record Document 260 at 2. The record evidence shows that the defendants sent that device. Furthermore, Craft claims that he did not receive a copy of the defendants' response to his motion to compel. *Id.* at 1. The Court is not persuaded. The Clerk of Court sends Craft a mailed copy of every pleading filed into the docket, and his various notices of appeal, responses, and even the pending notice for certificate of appealability, prove that he receives these copies. *See, e.g.*, Record Document 261 at 1 ("Mr. Craft physically received a copy of this Judgment [R.D. 253] on November 4, 2026[.]").

Nevertheless, because he is a pro se prisoner, the Court will extend Craft's deadline out of an abundance of caution. However, the Court admonishes Craft that his forthcoming reply memorandum cannot include frivolous arguments and that no other deadlines, including the dispositive motion deadline, will be extended.

Considering the foregoing, Craft's motion for extension, Record Document 260, is **GRANTED**, and the deadline for him to reply to the defendants' response is extended until **November 17, 2026**. An order consistent with the terms of this memorandum ruling shall issue herewith.

**DONE AND SIGNED** at Shreveport, Louisiana, this 10th day of November, 2026.

Alex C. Van Hook

ALEXANDER C. VAN HOOK
UNITED STATES DISTRICT JUDGE