**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAKE CHARLES DIVISION**

| | |
|---|---|
| JASON CRAFT | CIVIL ACTION NO. 20-0853 |
| VERSUS | JUDGE ALEXANDER C. VAN HOOK |
| PARISH OF JEFF DAVIS, ET AL. | MAGISTRATE JUDGE LEBLANC |

# MEMORANDUM RULING

Before the Court is a motion to certify an interlocutory order as a final judgment under Federal Rule of Civil Procedure 54(b), Record Document 261, filed by the plaintiff, Jason Craft ("Craft"), a prisoner proceeding pro se. Craft asks that a certificate of appealability be issued for the order that denied his motion to amend. *Id.* at 1. For the following reasons, the motion is **DENIED**.

Under Federal Rule of Civil Procedure 54(b), a district court can "direct entry of a final judgment as to one or more but fewer than all of the claims or parties only if the court determines that there is no just reason for delay and upon an express direction for the entry of judgment." Such certifications are disfavored, however, and the United States Court of Appeals for the Fifth Circuit has explained that "[o]ne of the primary policies behind requiring a justification for Rule 54(b) certification is to avoid piecemeal appeals." *PYCA Indus., Inc. v. Harrison Cnty. Waste Water Mgmt. Dist.*, 81 F.3d 1412, 1421 (5th Cir. 1996). Piecemeal appeals are so disfavored that a "district court should grant certification only when there exists some danger of

hardship or injustice through delay which would be alleviated by immediate appeal; it should not be entered routinely as a courtesy to counsel." *Id.*

Here, Craft has not articulated a hardship or injustice that would justify fragmented appeals. Even if he had tried to articulate a hardship, it would likely fail. At best, the only hardship Craft might suffer is that he must wait until the entire case is resolved before filing an appeal. This is not an exceptional hardship that warrants an immediate appeal. *See, e.g., SMH Enter., LLC v. Krispy Krunch Foods, LLC*, No. 20-2970, 2021 WL 5630892, at *3 (E.D. La. Dec. 1, 2021) ("Plaintiff's alleged hardship—that it will have to wait to appeal this ruling until the Court resolves the rest of the case—is a 'hardship' present in every case where some, but not all, claims are dismissed.").

Considering the foregoing, Craft's motion for a certificate of appealability, Record Document 261, is **DENIED**. An order consistent with the terms of this memorandum ruling shall issue herewith.

**DONE AND SIGNED** at Shreveport, Louisiana, this 10th day of November, 2026.

ALEXANDER C. VAN HOOK
UNITED STATES DISTRICT JUDGE